1  John W. Campbell, (TNBN 16017) (Admitted *Pro Hac Vice*)
   FEDERAL EXPRESS CORPORATION
2  3620 Hacks Cross Rd., Bldg. B, 3rd Fl.
   Memphis, TN 38125
3  Telephone: 901-434-8403
   Facsimile: 901-434-9279
4  jwcampbell@fedex.com
   Attorney for Plaintiff
5  FEDEX CORPORATE SERVICES, INC.

6  Steven Glaser (SBN 120557)
   LAW OFFICES OF STEVEN GLASER
7  315 S. Beverly Dr., Suite 410
   Beverly Hills, California 90212
8  Telephone: 310-277-4800
   Facsimile: 310-277-4811
9  Steven@sglaserlaw.com
   Attorney for Defendants Gary's Market,
10 Inc. dba Traditions and Debi Thomas

JS-6

11
12            **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**

13  FEDEX CORPORATE SERVICES,          Case No.  2:18-cv-03208-MWF-RAO
    INC.,
14
              Plaintiff,               **ORDER OF DISMISSAL AND**
15                                      **RETENTION OF JURISDICTION**
         v.
16
    GARY'S MARKET, a California
17  Corporation dba TRADITIONS; DOES
    1 through 10, inclusive
18
              Defendants.
19

20  DEBI THOMAS, an individual,

21            Cross-Complainant,

22       v.

23  FEDEX CORPORATE SERVICES,
    INC.,
24
              Cross-Defendant.
25

26

27

28

                              1

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1310547

Upon review of the parties' Stipulation Regarding Dismissal and Retention of Jurisdiction, and finding the parties' positions to be well taken,

It is therefore ORDERED that this action, including all claims of each party, be dismissed with prejudice. This Court will retain jurisdiction of this matter, however, through January 30, 2023 for the purpose of enforcing the parties' settlement agreement and entering judgment against Defendant Gary's Market, Inc. in the event of a default in its payment obligations.

**SO ORDERED** this 26th day of December 2018.

Hon. Michael W. Fitzgerald
United States District Court Judge

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1310547